08 MAR 26 PM 3:19

BY: ECL    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand '08 CR 0893   JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 8, U.S.C., |
| ARNULFO MACIAS-GARCIA (1), | ) Sec. 1324(a)(2)(B)(ii) - |
| MANUEL DE JESUS | ) Bringing in Illegal Aliens for |
| TAPETILLO-RAMIREZ (2), | ) Financial Gain; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting; |
| Defendants. | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| | ) (v)(II) - Transportation of |
| | ) Illegal Aliens and Aiding and |
| | ) Abetting |

The grand jury charges:

Count 1

On or about February 3, 2008, within the Southern District of California, defendants ARNULFO MACIAS-GARCIA and MANUEL DE JESUS TAPETILLO-RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Hernandez-Ochoa, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CPH:fer:Imperial
3/25/08

<u>Count 2</u>

On or about February 3, 2008, within the Southern District of California, defendants ARNULFO MACIAS-GARCIA and MANUEL DE JESUS TAPETILLO-RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Hernandez-Ochoa, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about February 3, 2008, within the Southern District of California, defendants ARNULFO MACIAS-GARCIA and MANUEL DE JESUS TAPETILLO-RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Alberto Alvarez-Zuniga, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

Count 4

On or about February 3, 2008, within the Southern District of California, defendants ARNULFO MACIAS-GARCIA and MANUEL DE JESUS TAPETILLO-RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Alberto Alvarez-Zuniga, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about February 3, 2008, within the Southern District of California, defendants ARNULFO MACIAS-GARCIA and MANUEL DE JESUS TAPETILLO-RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Bernardino Sanchez-Rojas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

Count 6

On or about February 3, 2008, within the Southern District of California, defendants ARNULFO MACIAS-GARCIA and MANUEL DE JESUS TAPETILLO-RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Bernardino Sanchez-Rojas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney