FILED

08 MAR 26 PM 3:19

BY: ECL    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 0893  JLS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| ARNULFO MACIAS-GARCIA (1), MANUEL DE JESUS TAPETILLO-RAMIREZ (2), | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Arnulfo Macias-Garcia, et al., Criminal Case No. 08CR0426-JLS.

DATED: March 26, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney