KAREN P. HEWITT
United States Attorney
CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
California Bar. No. 201352
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7425 /(619) 235-2757 (Fax)
Email: Christopher.M.Alexander@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0893-JLS |
| Plaintiff, | HEARING DATE: May 23, 2008<br>TIME: 1:30 p.m. |
| v. | UNITED STATES' MOTIONS FOR:<br>(1) RECIPROCAL DISCOVERY; AND<br>(2) FINGERPRINT EXEMPLARS. |
| ARNULFO MACIAS-GARCIA (1),<br>MANUEL DE JESUS<br>   TAPETILLO-RAMIREZ (2), | TOGETHER WITH MEMORANDUM OF<br>POINTS AND AUTHORITIES |
| Defendants. | |

COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Christopher M. Alexander, Assistant United States Attorney, and hereby files its Motions for Reciprocal Discovery and Fingerprint Exemplars. These Motions are based upon the files and records of the case together with the attached memorandum of points and authorities.

## I

## STATEMENT OF THE CASE

On March 26, 2008, a six count Indictment was returned in the Southern District of California charging Defendants Arnulfo Macias-Garica and Manuel De Jesus Tapetillo-Ramirez ("Defendants") with transporting three aliens in the United States, in violation of 1324(a)(1)(A)(ii) and (v)(II) and bringing three aliens to the United States for financial gain, in violation of 8 U.S.C. §§ 1324(a)(2)(B)(ii) and 18 U.S.C. § 2. On April 4, 2008, the Court arraigned both Defendants on the Indictment and entered not guilty pleas. The Court scheduled a motion hearing date for May 16, 2008. The motion hearing was continued to May 23, 2008.

## II

## THE UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY SHOULD BE GRANTED

On February 11, 2008, the United States provided discovery. As of this date, neither Defendant has produced reciprocal discovery. The United States requests that Defendant comply with Rule 16(b) of the Federal Rules of Criminal Procedure, as well as Rule 26.2 which requires the production of prior statements of <u>all</u> witnesses, except for those of Defendant. Defendant has not provided the United States with any documents or statements. Accordingly, the United States will object at trial and ask this Court to suppress any evidence at trial which has not been provided to the United States.

## III

## THE UNITED STATES' MOTION FOR FINGERPRINT EXEMPLARS SHOULD BE GRANTED

Part of the United States' burden of proof in this case is to satisfy the jury that Defendant was the person that smuggled or transported the aliens. To make that showing, the United States may call

1 an expert in fingerprint identification to match Defendant's fingerprints to relevant evidence. The most
2 efficient and conclusive manner of establishing this information is to permit the expert witness himself
3 to take a set of Defendant's fingerprints for comparison.

4     A defendant's fingerprints are not testimonial evidence. See <u>Schmerber v. California</u>, 384 U.S.
5 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate a
6 defendant's Fifth Amendment right against self-incrimination. <u>United States v. DePalma</u>, 414 F.2d 394,
7 397 (9th Cir. 1969); <u>Woods v. United States</u>, 397 F.2d 156 (9th Cir. 1968); <u>see also</u> <u>United States v. St.
8 Onge</u>, 676 F. Supp. 1041, 1043 (D. Mont. 1987). The United States, therefore, requests that this Court
9 order that each Defendant make himself available for fingerprinting by the United States.

## IV

## **CONCLUSION**

12     For the foregoing reasons, the United States requests that the Court grant its motions for
13 reciprocal discovery and fingerprint exemplars.

14     DATED: May 21, 2008            Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/Christopher M. Alexander*
CHRISTOPHER M. ALEXANADER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Christopher.M.Alexander@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No.   08CR0893-JLS |
|                          )    | |
|             Plaintiff,   )    | |
|         v.               )    | **CERTIFICATE OF SERVICE** |
|                          )    | |
| ARNULFO MACIAS-GARCIA (1),)   | |
| MANUEL DE JESUS          )    | |
|     TAPETILLO-RAMIREZ (2),)   | |
|                          )    | |
|             Defendant.   )    | |
|                          )    | |
| _____)| |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER ALEXANDER, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of United States' Motions for (1) reciprocal discovery and (2) fingerprint exemplars, together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Christian De Olivas, Esq.              2.   Russell Babcock, Esq.
     Atty for Defendant                          Atty for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2008.

                                         *s/Christopher M. Alexander*
                                         CHRISTOPHER M. ALEXANDER