1 Christian De Olivas
CalBarNo. 249608
2 De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
3 Placentia, CA 92870
Telephone: (714) 646-3314
4 Facsimile:  (714) 646-3721
Email: christian@deolivaslaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE JANICE L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE**: 3:08-cr-893-JLS-1 |
| Plaintiff, | **DATE**: OCTOBER 17, 2008 |
| vs. | **TIME**: 9:00 AM |
| ARNULFO MACIAS-GARCIA, | **NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PROBATION OFFICE REPORT** |
| Defendant | |

**NOTICE OF JOINT MOTION**

**TO**: THE UNITED STATES ATTORNEY; DEFENDANT

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, ARNULFO MACIAS-GARCIA, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, CHRISTOPHER M. ALEXANDER, will move this Court to grant the above-entitled motion.

**JOINT MOTION**

The Defendant, ARNULFO MACIAS-GARCIA, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and

through and its counsel, CHRISTOPHER M. ALEXANDER, and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby move this Court to grant the above-stated motion.

We all agree that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which the Sentence With Probation Office Report must commence as set forth in 18 USCA §3161(c)(1). In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Sentence with Probation Officer Report hearing date of AUGUST 29, 2008 at 9:00 and be continued to OCTOBER 17, 2008, at 9:00 am, in order to prepare for said Sentencing hearing and Probation Office to prepare Presentencing Report.

Respectfully Submitted,

**DATED**:  July 8, 2008          **SIGNED**:  /s/ Christian De Olivas
                                               CHRISTIAN DE OLIVAS

                                               ATTORNEY FOR DEFENDANT
                                               ARNULFO MACIAS-GARCIA

**DATED**:  July 8, 2008          **SIGNED**:  /s/ Christopher M. Alexander
                                               CHRISTOPHER M. ALEXANDER

                                               ATTORNEY FOR PLAINTIFF
                                               UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Joint Motion; Joint Motion to Continue Sentence With Probation Office Report Hearing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a. Mr. Christopher M. Alexander, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2008.

**DATED**:   July 8, 2008          **SIGNED**:   /s/ Christian De Olivas

                                    CHRISTIAN DE OLIVAS

                                    ATTORNEY FOR DEFENDANT
                                    ARNULFO MACIAS-GARCIA