**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>     vs.                          )<br>                                  )<br> ARNULFO MACIAS-GARCIA,           )<br>                                  )<br>                    Defendant    )<br>                                  )<br>                                  ) | **CASE:** 3:08-cr-893-JLS-1<br><br><br><br>**ORDER GRANTING CONTINUANCE** |

　　Upon joint motion of the parties, and good cause appearing therefore:

　　**IT IS HEREBY ORDERED** that the Sentence With Probation Office Report date for MR. ARNULFO MACIAS-GARCIA, be continued until OCTOBER 17, 2008 at 9:00 am in Courtroom 6, before Judge Janis L. Sammartino.

　　**IT IS SO ORDERED.**

　　DATED:　July 10, 2008

　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　United States District Judge